

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00411-CV

IN RE LONNIE KADE WELSH, RELATOR

ORIGINAL PROCEEDING

January 3, 2019

## MEMORANDUM OPINION ON
## MOTION FOR REHEARING

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

We denied the petition for writ of mandamus of relator Lonnie Kade Welsh due to his failure to comply with appellate rule 52.3 and Chapter 14 of the Civil Practice and Remedies Code. Subsequent to our opinion, Welsh filed an affidavit of indigence and a certified copy of his inmate trust account statement. We construe the filings as a motion for rehearing. Because Welsh has not cured the petition's deficiencies and has not complied with Chapter 14 by filing an affidavit describing his previous filings, we deny the motion. *See* TEX. R. APP. P. 52.3; TEX. CIV. PRAC. & REM. CODE ANN. § 14.004 (West 2017).

Brian Quinn
Chief Justice